

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

William Edwards,

     * From the 70th District Court
      of Ector County
      Trial Court No. A-16-1432-CR.

Vs. No. 11-18-00283-CR

     * April 18, 2019

The State of Texas,

     * Per Curiam Memorandum Opinion
      (Panel consists of: Bailey, C.J.,
      Stretcher, J., and Wright, S.C.J., sitting
      by assignment)
      (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.